No. 63316.—Henry Black, Ltd., Inc., and American Shipping Co. et al. v. United States, protests 157239–K, etc.   (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiffs was sustained.